## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREG E. LINDBERG,<br><br>　　　　　　　Plaintiff,<br><br>- against -<br><br>RONALD CIEUTAT, TODD VEREEN, DAVID GLENN FINNEGAN, FLOYD SLAY, JR., TIMOTHY ANDREWS, TYLA FOWLKES, DEBRA LITTLE, THOMAS WILLIAMS, ERIN ANDERSON, JAN WHEELER, EUGENE DREHER, IV, NANCY DREHER, JOSEPH MOORE, PHILLIP EPSTEIN, MICHAEL DANDURAND, WILLIAM MCFARLAND, ANGELA CLARK, CAROL REED, and MICHAEL RUDGE,<br><br>　　　　　　　Defendants. | Civil Action No. 1:25cv1000 (ER) |

**NOTICE OF RESPONDENT RONALD CIEUTAT'S MOTION TO DISMISS**

PLEASE TAKE NOTICE that, upon the declaration of Brian M. Burnovski, dated March 26, 2025, the exhibits attached thereto, and the accompanying memorandum of law, Defendant Ronald Cieutat ("Defendant"), by and through the undersigned counsel, hereby moves this Court, before the Honorable Edgardo Ramos, United States District Judge at the United States District Court for the Southern District of New York, located at 40 Foley Square, New York, New York 10007, on a date and time to be set by the Court, for an order dismissing with prejudice the Verified Petition to Compel Arbitration and Stay All Court Proceedings (Doc. 1) pursuant to Rules 12(b)(2), 12(b)(5) and 12(b)(6) of the Federal Rules of Civil Procedure, as well as for such other and further relief that this Court deems just and proper.

Dated: New York, New York
March 26, 2025

OF COUNSEL:

**SPEEGLE, HOFFMAN, HOLMAN & HOLIFIELD, LLC**

Jerome E. Speegle
Jennifer S. Holifield
P.O. Box 11 (36601)
5 Dauphin Street, Suite 301
Mobile, AL 36602
Telephone: (251) 694-1700
Facsimile: (251) 694-1998
jspeegle@speeglehoffman.com
jholifield@speeglehoffman.com

**DAVIS POLK & WARDWELL LLP**

By: */s/ Brian M. Burnovski*
Brian M. Burnovski
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4666
Facsimile: (212) 450-5666
brian.burnovski@davispolk.com

*Attorneys for Defendant Ronald Cieutat*