UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREG E. LINDBERG,

Plaintiff,

*– against –*

RONALD CIEUTAT, TODD VEREEN, DAVID GLENN FINNEGAN, FLOYD SLAY, JR., TIMOTHY ANDREWS, TYLA FOWLKES, DEBRA LITTLE, THOMAS WILLIAMS, ERIN ANDERSON, JAN WHEELER, EUGENE DREHER, IV, NANCY DREHER, JOSEPH MOORE, PHILLIP EPSTEIN, MICHAEL DANDURAND, WILLIAM MCFARLAND, ANGELA CLARK, CAROL REED, and MICHAEL RUDGE,

Defendants.

**OPINION & ORDER**

25-cv-01000 (ER)

RAMOS, D.J.:

Greg E. Lindberg brought this action *pro se* against Ronald Cieutat and eighteen other individual defendants (collectively, "Defendants"), alleging violations of an Equity Purchase Agreement executed between HPCSP Investments, LLC and twenty-three individual sellers. Docs. 1-2. On March 26, 2026, Cieutat filed a motion to dismiss, Doc. 10, and on March 25, 2026, the Court granted the motion to dismiss without prejudice, Doc. 32. Since the Court dismissed the action over six months ago, Lindberg has not filed an amended complaint or otherwise communicated with the Court. Accordingly, the clerk of the Court is respectfully directed to close the case.

It is SO ORDERED.

Dated: October 21, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.